[No. 8319-8-I. Division One. July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCENIA
LYNN MILLIGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89042, H. Joseph Coleman, J., entered December 18, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 9069-1-I. Division One. July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE
ELIE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00796-0, Stephen M. Reilly, J., entered July 8, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Callow, J.

[No. 8547-6-I. Division One. July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BERT
DONALDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01353-2, T. Patrick Corbett, J., entered February 28, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Ringold, J.